UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 14 2017 PO

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Pearl Ann Henyard
_____,

**Plaintiff(s),**

vs.

Rush Hospital
_____,

**Defendant(s).**

1:17-cv-05238
Judge Ronald A. Guzman
Magistrate Judge Sidney I. Schenkier

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Pearl Ann Henyard.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4. Defendant, _____N/A_____, is
(name, badge number if known)

☐ an officer or official employed by _____N/A_____;
(department or agency of government)

_____N/A_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _____N/A_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __7/22/2015__, at approximately __10:00__ ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____N/A_____
_____, in the County of __Cook__,
State of Illinois, at __1653 W. Congress Pkwy Chicago Il 60612__
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: _____

_____

_____

_____ N/A _____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

   _____ N/A _____

   _____.

8. Plaintiff was charged with one or more crimes, specifically:

   _____

   _____ N/A _____

   _____

   _____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

   _____ N/A _____.

   ☐ Other: _____ N/A _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: *(Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.)*

Plaintiff was injected with an agent when test were performed that caused infection and various injuries. Medications that was given to Plaintiff created an even severe headache than what Plaintiff arrived with.

The Doctor, Donna Hock came into Plaintiff's Pearl Henyard room for Plaintiff's examination. She talked about medications that were going to be given, and the test that were going to be performed, xrays, Cat Scan of head (brain) and chest. Plaintiff was taken

Continue to Next Page...

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Unconscious, total body paralysis, Blurriness in eyes, foaming and malodorous urine, bowel discoloration, Paresthesia (hands, legs, and feet), chest pain,

Continue on Next page.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

10.) to xray first after being taken back to the room. Sia/Sasha the cat Scan technician came to get Plantiff to take a cat Scan of brain. Plantiff asked technician about the cat Scan of chest, She says it has not been ordered yet. Sia/Sasha the technician takes Plantiff back to her room. Next the nurse, Kelly came into Plantiff room to give her medication, cyclobenzaprine HCl 10mg (brown w/ th m) and ibuprofen 600mg (looked like IBproten). The two medications together made Plantiffs head hurt more severely, beyond 10/10 scale. Right afterwards Sia/Sasha and another individual came to get Plantiff for a Cat Scan of chest, second time Plantiff went to cat scan room. While on the machine, Plantiff was asked to raise left arm, a button was pushed that made Plantiff go in the machine Some, it was arkward for plantiff to look up but tried her hardest to manevver to see what was going on. I asked Sia/Sasha why my head was feeling like this, She said it was the medication. She then grabs my cord and the woman comes up and stands by my head to the   on back →

left and gives the cat scan technician a needle out her left jacket pocket. Sia/Sasha starts to inject me with it and the woman goes to sit back down, then the technician connects me to the contrast (dye). Afterwards, Plantiff was taking back to room, doesn't remember falling asleep but was in a different state, unconsciouness. Plantiff, heard footsteps come into her room, she was unable to open her eyes, or move her body, she finally opened her eyes, everything was blurry.

Plantiff went to see a doctor several days after visiting Rush for the current complants. Which one of the complants was foaming and malordorous urine, which test results showed Escherichia Coli, Gram negative Bacilli, which started after the visit at Rush Hospital. When Plaintiff had Urinalysis test on 7/17/2015, which was negative.

12.) Lack of oxygen, tissue damage, sagginess in skin, heart injury, nail discoloration (meeslines) white at nail beds, discharge discoloration, and feeling of an electric shock.

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. §1988.

Plaintiff's signature: Pearl A. Henyard

Plaintiff's name *(print clearly or type)*: Pearl Ann Henyard

Plaintiff's mailing address: 1340 S. Troy

City: Chicago    State: IL    ZIP: 60623

Plaintiff's telephone number: (773) 542-1384

Plaintiff's email address *(if you prefer to be contacted by email)*: Phenyard@yahoo.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

    If yes, please list the cases below.
    Pearl Henyard v. MV Transportation and Pace
    Pearl A. Henyard v. Burlington Coat Factory

Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.

5

7/14/2017 Pearl Heny